[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 27, 2012
JOHN LEY
CLERK

No. 11-15128
Non-Argument Calendar

_____

D.C. Docket No. 8:10-cv-01354-TBM


RHONDA RAMIREZ,

Plaintiff - Appellant,

versus

COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 27, 2012)

Before CARNES, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Rhonda Ramirez appeals the district court's decision affirming the

Commissioner's denial of her applications for a period of disability, disability insurance benefits, and supplemental security income benefits. She contends that her "borderline intellectual functioning" was inconsistent with the general learning ability levels required for the jobs the vocational expert determined she could do. She did not raise this issue before the district court, however, and we generally will not consider an argument not raised before the district court. See Kelley v. Apfel, 185 F.3d 1211, 1215 (11th Cir. 1999). We decline to do so here.

**AFFIRMED.**